IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                         Case No.: 17-cv-859-jdp

$15,682.00 U.S. CURRENCY,

        Defendant.

---

## ORDER OF FINAL DEFAULT JUDGMENT

The United States of America, by its attorney, Scott C. Blader, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant $15,682.00 U.S. currency.

The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by direct notice to all persons known by the government to have an interest in the defendant currency.

On March 7, 2018, a Default Judgment was entered conveying all right, title, and interest of Douglas M. Anderson and Lawrence Keehn in the defendant currency to the United States of America

Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov from December 30, 2017, through January 28, 2018.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a final default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.     The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $15,682.00 U.S. currency, is conveyed to the Plaintiff, United States of America.

2. The defendant currency is to be disposed of according to law.

DATED: _MARCH 22, 2018_

BY THE COURT:

_[signature]_

JAMES D. PETERSON
United States District Judge

Entered this _23d_ day of March 2018.

_[signature]_

PETER OPPENEER, Clerk of Court
United States District Court